# Civil Case Assignment

Case number **2:09CV-179**

Assigned : Senior Judge William O. Bertelsman
Judge Code : 4307

Assigned on 10/27/2009

[Request New Judge] .....